**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 25-cv-22668-JB/Reid

ROBIN GREENBAUM,

    Plaintiff,

v.

DR. GAIL BENDHEIM, *et al.*,

    Defendants.

_____/

**ORDER ON MAGISTRATE JUDGE'S RECOMMENDATION**

**THIS CAUSE** is before the Court on United States Magistrate Judge Lisette M. Reid's Order Denying Motion for Leave to Proceed *In Forma Pauperis* and Recommending Dismissal Without Prejudice (the "Order"), ECF No. [30]. In the Order, Judge Reid recommends that the Court dismiss this action without prejudice. *Id.* No objections to the recommendation have been filed, and the time to do so has passed.

Plaintiff filed a Notice of Intent to Obtain Counsel, ECF No. [40], but the Notice does not address Judge Reid's recommendation. After careful consideration of Judge Reid's recommendation, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Reid's recommendation to dismiss this action without prejudice, ECF No. [30], is **AFFIRMED AND ADOPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of August, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**